Defendant may serve as a result of his 1981 conviction in Missoula County for Burglary/Kidnapping and two counts of Sexual Intercourse without Consent; plus conditions as listed in the September 22, 1992 Judgment by Judge Keedy.

On May 6, 1993, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and was represented by Dan O'Brien, Legal Intern from the Montana Defender Project. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

The reason for the decision is the sentence imposed by the District Court is presumed correct pursuant to Section 46-18-904(3), MCA. The Division finds that the reasons advanced for modification are insufficient to deem inadequate or excessive as required to overcome the presumption per Rule 17 of the Rules of the Sentence Review Division of the Montana Supreme Court.

DATED this 6th day of May, 1993.

**Hon. Thomas McKittrick, Chairman, Hon. G. Todd Baugh, and Hon. John Warner, Judges**

The Sentence Review Board wishes to thank Dan O'Brien, Legal Intern from the Montana Defender Project for his assistance to the defendant and to this Court.

STATE OF MONTANA,

      **Plaintiff,**

      **vs.**

**HAROLD EDWIN GLEED,**

      **Defendant.**

**NO. Dc-92-16**

**DECISION**

On February 26, 1993, the Defendant was sentenced to Count I, ten (10) years for Kidnapping; Count II, twenty (20) years for Burglary; Count III, twenty-five (25) years for Mitigated Deliberate Homicide. The sentences imposed shall run concurrent to each other but consecutive to the sentence for which the defendant is presently incarcerated.

On May 6, 1993, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and proceeded pro se. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

The reason for the decision is the sentence imposed by the District Court is presumed correct pursuant to Section 46-18-904(3), MCA. The Division finds that the

reasons advanced for modification are insufficient to deem inadequate or excessive as required to overcome the presumption per Rule 17 of the Rules of the Sentence Review Division of the Montana Supreme Court.

DATED this 6th day of May, 1993.

**Hon. Thomas McKittrick, Chairman, Hon. G. Todd Baugh, and Hon. John Warner, Judges**

The Sentence Review Board wishes to thank Mr. Gleed for representing himself in this matter.